Cummings-Landau Laundry Machinery Company, Appellee, v. Harry Koplin et al., Appellants.

Gen. No. 42,384.

Heard in first divi-

sion, first district, this court at October term, 1942; opinion filed October 26, 1942; supplemental opinion filed and rehearing denied November 14, 1942. Levinson, Becker, Peebles & Swiren, for certain appellant; Don M. Peebles, Herbert Portes and Theodore R. Sherwin, of counsel; Gurman & Eberle, for appellee; Samuel P. Gurman, Marvin S. Fenchel, Floyd E. Thompson and Herldon H. Bowen, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."